### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RUBEN VILLANUEVA-BAUTISTA | CRIMINAL ACTION<br>NO. 20-114 |

### ORDER

AND NOW, this 10th day of February, 2022, after a hearing on November 24, 2021 (ECF 51 and 54) and upon consideration of Defendant Reuben Villanueva-Bautista's Motion to Suppress (ECF 42), the Government's response (ECF 44) and the parties' post-hearing briefs (ECF 60 and 61), it is **ORDERED** that Defendant's motion is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.